THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Phillip Keith
 Odom, Appellant.
 
 
 

Appeal From York County
 Lee S. Alford, Circuit Court Judge
Unpublished Opinion No. 2008-UP-105
Submitted February 1, 2008  Filed
 February 12, 2008    
AFFIRMED

 
 
 
 Appellate Defender LaNelle C. DuRant, of Columbia, for Appellant.
 John Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Phillip Keith Odom appeals from the
 revocation of his probation, arguing the
 circuit court erred by allowing a non-lawyer to present the States case for revoking
 his probation. We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities:  State v.
 Barlow, 372 S.C. 534, 539, 643 S.E.2d 682, 685 (2007) (holding that a
 probation agents presentation of the States case in a revocation proceeding does
 not constitute the unauthorized practice of law); State v. Hamilton, 333 S.C. 642, 648, 511 S.E.2d 94, 96 (Ct. App. 1999) (explaining that
 an issue must be raised to and ruled upon by the revocation judge to be
 preserved for appellate review). 
AFFIRMED.
HUFF,
 KITTREDGE, and WILLIAMS, JJ., concur.

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.